IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SIRONA DENTAL SYSTEMS GMBH, SIRONA DENTAL, INC., and SICAT GMBH & CO. KG, | ) | |
| Plaintiffs, | ) | C.A. No. 14-539-LPS |
| v. | ) | |
| ONDEMAND3D TECHNOLOGY INC. | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

**PLAINTIFFS' ANSWER TO DEFENDANT**
**ONDEMAND3D TECHNOLOGY INC.'S FIRST AMENDED COUNTERCLAIMS**

Plaintiffs Sirona Dental System GmbH, Sirona Dental, Inc., and SICAT GmbH & Co. KG (collectively, "Plaintiffs") respond to the second amended counterclaims of Defendant OnDemand3D Technology, Inc. (D.I. 19) as follows:

**COUNTERCLAIMS**

1. Upon information and belief, Plaintiffs admit the allegations of paragraph 1.

2. Plaintiffs admit the allegations of paragraph 2.

3. Plaintiffs admit that Sirona Dental Inc. is a Delaware corporation with a principal place of business at 30-30 47th Ave #500, Long Island City, NY 11101.

4. Plaintiffs admit the allegations of paragraph 4.

5. Plaintiffs admit the allegations of paragraph 5.

6. Plaintiffs admit the allegations of paragraph 6.

7. Although the allegations of paragraph 7 do not require a response, Plaintiffs deny the allegations of paragraph 7.

8. Plaintiffs admit the allegations of paragraph 8.

9. Plaintiffs admit that an actual and justiciable controversy exists between the parties with respect to validity and infringement of the ’006 patent. Otherwise, Plaintiffs deny the allegations of paragraph 9.

10. Plaintiffs deny the allegations of paragraph 10.

11. Plaintiffs deny the allegations of paragraph 11.

12. Plaintiffs deny the allegations of paragraph 12.

13. Plaintiffs deny the allegations of paragraph 13.

14. Plaintiffs deny the allegations of paragraph 14.

15. Although the allegations of paragraph 15 do not require a response, Plaintiffs deny that OnDemand3D Technology, Inc. is entitled to a judgment declaring that the ’006 patent is invalid and/or not infringed.

## PRAYER

Plaintiffs deny that OnDemand3D Technology, Inc. is entitled to any of the relief that it seeks in its Prayer.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

John G. Day (#2403)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel*:

Michael P. Sandonato
John D. Carlin
Josh Calabro
FITZPATRICK, CELLA, HARPER
& SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-2100

Dated: April 6, 2015